IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNA SCHUTTE EVERETT,

        **Plaintiff,**

v.                                                                  **CIVIL NO. 1:22-cv-936 MIS/KRS**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**

        **Defendant.**

## SECOND AMENDED SCHEDULING ORDER

THE COURT, after considering the Parties' Joint Motion to Modify the Scheduling Order herein finds it well taken. Accordingly, IT IS HEREBY ORDERED that the parties shall adhere to the following Amended case management deadlines:

(a) Deadline for Plaintiff to amend pleadings pursuant to Federal Rule of Civil Procedure 15: **N/A**;

(b) Deadline for Plaintiff to join additional parties pursuant to Federal Rule of Civil Procedure 15: **N/A**;

(c) Deadline for Defendant to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15: **N/A**;

(d) Deadline for Plaintiff's expert reports: **January 30, 2024**;

(e) Deadline for Defendant's expert reports: **March 1, 2024**;

(f) Termination of discovery: **April 10, 2024**;

(g) Deadline for supplementing discovery/disclosures: Due in accordance with the Rules of Civil Procedure;

(h) Motions relating to discovery: **May 1, 2024**;

(i) All other motions[1]: **May 10, 2024**;

(j) Pretrial order: To be set by the presiding judge.

By separate Order, the Court will vacate the November 16, 2023 Settlement Conference and all deadlines associated with that conference, and will set a status conference to reset the Settlement Conference.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Requested and Approved by :

VALLE, O'CLEIREACHAIN, ZAMORA & HARRIS, P.C.

**/s/ Richard J. Valle**
Richard J. Valle
1805 Rio Grande Blvd., N.W., Suite 2
Albuquerque, NM 87104
rv@vozhlaw.com
Attorneys for Plaintiff

MILLER STRATVERT, PA

*/s/* **Todd Schwarz**
Todd A. Schwarz
Post Office Box 25687
Albuquerque, NM 87125-0687
Telephone: (505) 842-1950
Facsimile: (505) 243-4408
Attorneys for Defendant State Farm

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.