IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNA SCHUTTE EVERETT,

    Plaintiff,

vs.                                                    Case No. 1:22-cv-936 MIS/KRS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

### ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER is before the Court on the parties' Third Joint Motion to Modify Scheduling Order, filed February 8, 2024.  (Doc. 53).  Having considered the Motion and record of the case, and having discussed the Motion with the parties' at the February 21, 2024 status conference, the Court finds the Motion is well-taken and shall be granted.  The parties' pretrial deadlines are reset as follows:

1. Deadline for Plaintiff's expert reports: **May 30, 2024**;

2. Deadline for Defendant's expert reports: **July 15, 2024**;

3. Termination of discovery: **August 14, 2024**;

4. Motions relating to discovery: **September 4, 2024**;

5. All other motions[1]: **September 16, 2024**.

IT IS SO ORDERED.

                                                              _____
                                                              KEVIN R. SWEAZEA
                                                              UNITED STAGES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.